Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO.: CR05-5695FDB |
| v. ) | |
| ) | ORDER FOR SUBTITUTION OF |
| DIONICIO ZURITA-RIOS, ) | ATTORNEY FOR DEFENDANT |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

Having reviewed the Notice of Withdrawal and Substitution of Attorney for Defendant Dionicio Zurita-Rios together with the records in this matter, IT IS HEREBY ordered that Russell Leonard is allowed to withdraw and Gabriel I. Banfi is allowed to substitute effective immediately as the Attorney of Record for the above referenced defendant.

Dated this 3rd day of October, 2005.

                                               __/s/ Franklin D Burgess_____

                                               Honorable Franklin D. Burgess

ORDER FOR SUBSTITUTION OF ATTORNEY FOR        Gabriel I. Banfi
DEFENDANT - 1                                      Attorney at Law
                                                          Plaza Center
                                       10900 NE 8th Street, Suite 1115
                                        Bellevue, Washington 98004
                                             (425) 454-7721

Respectfully submitted,

S/ Gabriel I. Banfi
Gabriel I. Banfi
WSBA No. 17810
Law Office of Gabriel I. Banfi
10900 NE 8th Street, Suite 1115
Bellevue, WA 98004
Telephone (425) 454-7721
FAX (425) 688-0788
GBANFILAW@yahoo.com

ORDER FOR SUBSTITUTION OF ATTORNEY FOR
DEFENDANT – 2

Gabriel I. Banfi
Attorney at Law
Plaza Center
10900 NE 8th Street, Suite 1115
Bellevue, Washington 98004
(425) 454-7721