HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR05-5695FDB |
| Plaintiff, | |
| vs. | ORDER EXTENDING PRE-TRIAL MOTIONS DATE |
| DIONICIO ZURITA-RIOS, | |
| Defendant. | |

ORDER

This matter having come before the court as a Stipulation of the parties to extend the Pre-Trial Motions cut off date, and the court having considered the reasons stated in the Stipulation and the records and files herein:

IT IS NOW, THEREFORE, ORDERED that the Pre-Trial Motions cut off date is now extended from October 21, 2005 until October 27, 2005.

Dated this 18th day of October, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER  GRANTING EXTENSION OF PRE-TRIAL MOTIONS

DATE - 1

Law Office of Gabriel I. Banfi
Plaza Center
10900 NE 8th St.  Suite 1115
Bellevue, Washington  98004
(425) 454-7721

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, the Proposed Order Extending the Pre-Trial Motions Date, which will send notification of such filing to counsel.

   /S Gabriel I. Banfi_____
GABRIEL I. BANFI
WSBA NO. 17810
Attorney for Defendant
Law Office of Gabriel I. Banfi
10900 NE 8th Street, Suite 1115
Bellevue, WA  98004
Telephone (425) 454-7721
FAX (425) 688-0788
GBANFILAW@yahoo.com

ORDER  GRANTING EXTENSION OF PRE-TRIAL MOTIONS

DATE - 2

Law Office of Gabriel I. Banfi
Plaza Center
10900 NE 8th St.  Suite 1115
Bellevue, Washington  98004
(425) 454-7721