HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIONICIO ZURITA-RIOS,<br><br>　　　　Defendant. | CASE NO.:  CR05-5695FDB<br><br>ORDER EXTENDING PRE-TRIAL MOTIONS DATE |

ORDER

This matter having come before the court as a Stipulation of the parties to extend the Pre-Trial Motions cut off date, and the court having considered the reasons stated in the Stipulation and the records and files herein:

IT IS NOW, THEREFORE, ORDERED that the Pre-Trial Motions cut off date is now extended for twenty one days from December 28, 2005 until January 18, 2006.

Dated this 3rd day of January, 2006.

*[signature]*

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

ORDER  GRANTING EXTENSION OF PRE-TRIAL MOTIONS

DATE - 1

Law Office of Gabriel I. Banfi
Plaza Center
10900 NE 8th St.  Suite 1115
Bellevue, Washington  98004
(425) 454-7721

1
2
3
4
5
6                              CERTIFICATE OF SERVICE
7
8
9
10      I hereby certify that on December 23, 2005, I electronically filed the foregoing with the
11
12   Clerk of the Court using the CM/ECF System, the Proposed Order Extending the Pre-Trial
13
14   Motions Date, which will send notification of such filing to counsel.
15
16
17                                              /S Gabriel I. Banfi_____
18                                             GABRIEL I. BANFI
19                                             WSBA NO. 17810
20                                             Attorney for Defendant
21                                             Law Office of Gabriel I. Banfi
                                               10900 NE 8th Street, Suite 1115
22                                             Bellevue, WA  98004
23                                             Telephone (425) 454-7721
                                               FAX (425) 688-0788
                                               GBANFILAW@yahoo.com